(109 So. 893)
Julius DAILEY v. STATE. (8 Div. 909.)

(Supreme Court of Alabama. Oct. 21, 1926. Rehearing Denied Nov. 11, 1926.)

Certiorari to Court of Appeals.

S. A. Lynne, of Decatur, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Julius Dailey for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Dailey v. State, 21 Ala. App. 516, 109 So. 892.

Writ denied.

SOMERVILLE, GARDNER, THOMAS, and BOULDIN, JJ., concur.